**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| Teresa Gouch, Denise Spanos, George Amerson, Kyle Mummey, and Marcia Beasley, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross Blue Shield Association,<br><br>Defendant. | Case No. 1:23-cv-15709<br><br>The Honorable John J. Tharp, Jr.<br><br>**UNCONTESTED MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LR 26.2** |

Pursuant to Civil Local Rule 26.2(c), Plaintiffs respectfully submit this motion for leave to file under seal unredacted portions of their Amended Complaint.

1. Civil Local Rule 26.2(b) of this District provides that "[t]he court may for good cause shown enter an order directing that one or more documents be filed under seal."

2. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must": "provisionally file the document electronically under seal" and "move the court for leave to file the document under seal." L.R. 26.2(c). In compliance with Local Rule 26.2(c), Plaintiffs are provisionally filing their Amended Complaint under seal, along with filing a public-record version of the Amended Complaint that redacts Plaintiffs' individually identifiable health information ("IIHI") from the document.

3. Plaintiffs seek leave to seal portions of paragraphs 20, 21, and 23 of the Amended Complaint, all of which contain IIHI.

4. Plaintiffs will file an unredacted sealed version, and a publicly available, redacted

version of the Amended Complaint contemporaneously with this Motion.

5. Good cause exists for filing the Amended Complaint under seal because it contains Plaintiffs' IIHI. *See, e.g.*, *Munson v. Ahmed*, 2022 WL 743030, at *3 (S.D. Ill. Mar. 11, 2022) (finding good cause to seal documents with references to plaintiff's medical diagnosis); *United States v. Offord*, 2020 WL 5748091, at *4 (C.D. Ill. Sept. 25, 2020) (finding good cause to seal medical records); *see also Hammock v. Res-Care, Inc.*, 2021 WL 4928145, at *3 (S.D. Ind. Jan. 25, 2021) (granting motion to permanently seal documents containing "protected health information"); *Newman v. Gagan, LLC*, 2016 WL 11604179, at *1–2 (N.D. Ind. Mar. 31, 2016) (granting motion for leave to file healthcare records under seal, and collecting cases granting similar motions).

6. In a similar case, the Honorable Matthew F. Kennelly granted a motion to allow the plaintiffs to file under seal an amended complaint containing personal health information, while also permitting plaintiffs to file publicly a redacted version of the amended complaint. *Kurowski v. Rush System for Health*, 22-cv-05380 (ECF No. 87).

7. On January 26, 2024, counsel for Defendant was contacted regarding Plaintiffs' Motion for Leave to File Under Seal and indicated they do not oppose the motion.

WHEREFORE, Plaintiffs move for an Order: (a) granting this motion; (b) sealing the unredacted version of the Amended Complaint and allowing it to remain permanently under seal; (c) allowing Plaintiffs to file publicly a redacted version of the Amended Complaint; and (d) granting such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 26, 2024

*/s/ Ryan J. Ellersick*
Ryan J. Ellersick (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254

Telephone: (480) 348-6400
Facsimile: (480) 348-6415
ryan.ellersick@zimmreed.com

David M. Cialkowski, IL Bar No. 6255747
Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs*

3