# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TERESA GOUCH, DENISE SPANOS, GEORGE AMERSON, KYLE MUMMEY, and MARCIA BEASLEY, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION,<br><br>        Defendant. | Case No. 1:23-cv-15709<br>Honorable John J. Tharp, Jr. |

## DEFENDANT BLUE CROSS BLUE SHIELD ASSOCIATION'S
## MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b), Defendant Blue Cross Blue Shield Association files this Motion to Dismiss Plaintiffs' First Amended Complaint. The bases for this motion are set forth in the accompanying Memorandum in Support.

**WHEREFORE,** Defendant respectfully requests that the Court enter an Order granting the Motion to Dismiss.

US.362861495.01

Dated: March 15, 2024          Respectfully submitted,

         By: /s/ *Zoë K. Wilhelm*
            Zoë K. Wilhelm *(Pro Hac Vice)*
            Faegre Drinker Biddle & Reath LLP
            1800 Century Park East, Suite 1500
            Los Angeles, California 90067
            Telephone: (310) 203-4000
            Facsimile: (310) 229-1285
            Email: zoe.wilhelm@faegredrinker.com

            Justin O. Kay
            Ambria D. Mahomes
            Faegre Drinker Biddle & Reath LLP
            320 S. Canal Street, Suite 3300
            Chicago, Illinois 60606
            Telephone: (312) 569-1000
            Facsimile: (312) 569-3000
            Email: justin.kay@faegredrinker.com
            Email: ambria.mahomes@faegredrinker.com

            Andrew M. Taylor *(Pro Hac Vice)*
            Faegre Drinker Biddle & Reath LLP
            2200 Wells Fargo Center
            90 S. 7th Street
            Minneapolis, Minnesota 55402
            Telephone: (612) 766-7000
            Facsimile: (612) 766-1600
            Email: andrew.taylor@faegredrinker.com

            *Attorneys for Defendant*
            *Blue Cross Blue Shield Association*