# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Teresa Gouch, et al.

                                Plaintiff,

v.                                                                    Case No.: 1:23−cv−15709
                                                                         Honorable John J. Tharp Jr.

Blue Cross Blue Shield Association

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 20, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of the Parties' Joint Proposed Discovery Plan [36] and adopts the Parties' proposed deadlines. Initial disclosures to issue by 4/15/24. Written discovery requests to issue by 7/8/24 or 30 days from the date the District Judge rules on Defendant's pending Motion to Dismiss [34], whichever comes first. Fact discovery to close on 6/13/25. A telephonic status hearing is set for 7/11/24 at 1:30 pm. The Parties should be prepared to discuss the anticipated scope of discovery and any interest in settlement. To join the status hearing, the Parties shall dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.