**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Teresa Gouch, Denise Spanos, George Amerson, Kyle Mummey, and Marcia Beasley, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross Blue Shield Association,<br><br>Defendant. | Case No. 1:23-cv-15709<br><br>The Honorable John J. Tharp, Jr. |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO DISMISS**

Plaintiffs Teresa Gouch, Denise Spanos, George Amerson, Kyle Mummey, and Marcia Beasley, individually and on behalf of all others similarly situated, by and through their attorneys, respectfully submit supplemental authority in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Blue Cross Blue Shield Association's Motion to Dismiss Plaintiffs' First Amended Complaint, which was filed on April 12, 2024. (ECF 39).

1. On April 30, 2024, in *Hartley v. University of Chicago Medical Center*, No. 22-cv-5891, attached as Exhibit 1, the U.S. District Court for the Northern District of Illinois denied the defendant's motion to dismiss the plaintiff's claim under the federal Wiretap Act, 18 U.S.C. § 2511, based on the defendant's use of the Meta Pixel on its website. The court found that it was "plausible that Defendant could be responsible for acquiring Plaintiff's [individually identifiable health information] with the purpose of disclosing it to Meta for their mutual financial benefits," in violation of HIPAA, thus triggering the "crime-tort" exception under the Wiretap Act. Ex. 1 at 5. The court also found that, because the amended complaint "added allegations that are specific

to [plaintiff]," the amended complaint plausibly alleged the disclosure of individually identifiable health information. *Id.*

2. On May 9, 2024, in *R.C. v. Walgreen Co. d/b/a Walgreens*, No. 23-cv-01933-JGB-SP, attached as Exhibit 2, the U.S. District Court for the Central District of California denied the defendant's motion to dismiss with respect to several claims related to the use of tracking tools from Facebook and Google on the Walgreens website. Specifically, the court in *Walgreens* denied the motion to dismiss claims for violations of the federal Wiretap Act; violations of the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code § 630, *et. seq.*; Invasion of Privacy; and Unjust Enrichment. With respect to the federal Wiretap Act claim, the Court found that the "crime-tort" exception applied based on the plaintiffs' allegations that the defendant intercepted the communications with the tortious purpose of invading plaintiffs' privacy. Ex. 2 at 20-21. The Court also found that the plaintiffs adequately alleged the interception of "contents," including "search queries . . . for specialty healthcare providers and treatments for medical conditions." Ex. 2 at 21 (cleaned up).

3. On May 10, 2024, in *McCulley v. Banner Health*, No. 23-cv-00985-PHX-SPL, attached as Exhibit 3, the U.S. District Court for the District of Arizona denied the defendant's motion to dismiss with respect to various claims arising from the defendant's use of tracking tools from Meta and Google on its website. As relevant here, the court denied the motion to dismiss claims under the federal Wiretap Act and CIPA, finding that the party exception did not apply and that plaintiffs' web communications concerning "specific symptoms, doctors, or treatments" adequately alleged the interception of "contents." Ex. 3 at 4-6.

4. For the reasons stated above, Plaintiffs respectfully submit this Notice of Supplemental Authority, along with Exhibits 1 through 3.

Respectfully submitted,

Dated: May 14, 2024

*/s/ Ryan J. Ellersick*

Ryan J. Ellersick (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
ryan.ellersick@zimmreed.com

David M. Cialkowski, IL Bar No. 6255747
Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs*