**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TERESA GOUCH, DENISE SPANOS, GEORGE AMERSON, KYLE MUMMEY, and MARCIA BEASLEY, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION,<br><br>Defendant. | Case No. 1:23-cv-15709<br>Honorable John J. Tharp, Jr. |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT**
**BLUE CROSS BLUE SHIELD ASSOCIATION'S MOTION TO DISMISS**

Defendant BCBSA respectfully submits this notice of supplemental authority in support of its Motion to Dismiss. ECF No. 34. On June 20, 2024, the U.S. District Court for the Northern District of Texas in *American Hospital Association et al. v. Xavier Becerra, et al.*, No. 4:23-cv-01110-P (N.D. Tex. June 20, 2024) (hereinafter, "*AHA*") vacated the guidance from the United States Department of U.S. Health and Human Services ("HHS") Office for Civil Rights ("OCR") entitled "Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates." (hereinafter, the "HHS Guidance"). The *AHA* opinion is attached hereto as **Exhibit A**. The *AHA* opinion is relevant here because Plaintiffs' claims are premised on the validity of that HHS Guidance, and the vacatur of that HHS Guidance provides an additional reason that Plaintiffs' claims are not viable and should be dismissed.

In their Amended Complaint, Plaintiffs allege that BCBSA's conduct violated HIPAA based on the HHS's interpretation of HIPAA as reflected in the HHS Guidance. Specifically,

Plaintiffs allege that, according to the HHS Guidance, "disclosures of PHI to tracking technology vendors for marketing purposes, without individuals' HIPAA-compliant authorizations, would constitute impermissible disclosures," and that BCBSA did not obtain "HIPAA-compliant authorizations." Am. Compl. (ECF No. 22) ¶¶ 8-10, 130-38.

Relying on these allegations, Plaintiffs argued in their Opposition (ECF No. 39) to BCBSA's Motion to Dismiss that (i) the failure to obtain ***HIPAA-compliant*** consent vitiated the consent Plaintiffs provided for the collection/disclosure of information from and about Plaintiffs (*id.* p. 10); and (ii) that BCBSA's alleged violations of HIPAA provided the basis for crime-tort carve-out to the party exception that applies to Plaintiffs' Wiretapping Claims, in part because BCBSA "acted with intent to violate HIPAA." *Id.* pp. 14-18. As Plaintiffs summed up their argument in their Opposition: "[b]ecause Plaintiffs plausibly allege that BCBSA intercepted their communications for the purpose of ad retargeting in violation of HIPAA's disclosure rule, the crime-tort exception applies, and BCBSA cannot escape liability at the pleading stage." *Id.* at 18.

With the HHS Guidance vacated and now a legal nullity, Plaintiffs' theories fall-apart. Indeed, in vacating the HHS Guidance, the court in *AHA* held that the HHS Guidance (first issued in December 2022) created entirely "new substantive legal obligations." *AHA* slip op. at 7. Plaintiffs argued in their Opposition that BCBSA "intended" to violate HIPAA (ECF No. 39, at 14) through its deployment of certain technologies beginning as far back as November 2021. Am. Compl. ¶ 139. But BCBSA cannot have intended to violate a law in November 2021 that did not exist until December 2022, and in any event, no longer (and never did) exist.

For the foregoing reasons, and as stated in BCBSA's Motion to Dismiss, Plaintiff's Amended Complaint should be dismissed.

Dated: June 24, 2024

Respectfully submitted,

By: /s/ *Justin O. Kay*

Justin O. Kay
Ambria D. Mahomes
Faegre Drinker Biddle & Reath LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
Email: justin.kay@faegredrinker.com
Email: ambria.mahomes@faegredrinker.com

Zoë K. Wilhelm *(Pro Hac Vice)*
Faegre Drinker Biddle & Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: zoe.wilhelm@faegredrinker.com

Andrew M. Taylor *(Pro Hac Vice)*
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: andrew.taylor@faegredrinker.com

*Attorneys for Defendant*
*Blue Cross Blue Shield Association*