**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Teresa Gouch, Denise Spanos, George Amerson, Kyle Mummey, and Marcia Beasley, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross Blue Shield Association,<br><br>Defendant. | ) | Case No. 1:23-cv-15709<br><br>The Honorable John J. Tharp, Jr. |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**<u>IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO DISMISS</u>**

Plaintiffs Teresa Gouch, Denise Spanos, George Amerson, Kyle Mummey, and Marcia Beasley, individually and on behalf of all others similarly situated, by and through their attorneys, respectfully submit supplemental authority in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Blue Cross Blue Shield Association's Motion to Dismiss Plaintiffs' First Amended Complaint, which was filed on April 12, 2024. (ECF 39).

1. On July 15, 2024, in *In re BetterHelp, Inc. Data Disclosure Cases*, Case No. 23-cv-01033-RS, the U.S. District Court for the Northern District of California denied the defendant's motion to dismiss claims with respect to plaintiff's Electronic Communications Privacy Act ("ECPA"), California Invasion of Privacy Act, invasion of privacy, and unjust enrichment claims. A copy of this decision is attached as Exhibit 1.

2. On July 9, 2024, in *Smith v. Loyola Univ. Med. Ctr.*, No. 23 CV 15828, 2024 WL 3338941, at *5 (N.D. Ill. July 9, 2024), the U.S. District for the Northern District of Illinois denied the defendant's motion to dismiss claims under ECPA and the Illinois Eavesdropping Statute. The

court also denied the motion to dismiss plaintiffs' negligence claim. A copy of this decision is attached as Exhibit 2.

Respectfully submitted,

Dated: July 23, 2024

*/s/ Ryan J. Ellersick*

Ryan J. Ellersick (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
ryan.ellersick@zimmreed.com

David M. Cialkowski, IL Bar No. 6255747
Brian C. Gudmundson (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs*