**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Teresa Gouch, Denise Spanos, George Amerson, Kyle Mummey, and Marcia Beasley, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross Blue Shield Association,<br><br>Defendant. | Case No. 1:23-cv-15709<br><br>The Honorable John J. Tharp, Jr. |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO DISMISS**

Plaintiffs Teresa Gouch, Denise Spanos, George Amerson, Kyle Mummey, and Marcia Beasley, individually and on behalf of all others similarly situated, by and through their attorneys, respectfully submit supplemental authority in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Blue Cross Blue Shield Association's Motion to Dismiss Plaintiffs' First Amended Complaint, which was filed on April 12, 2024. (ECF 39).

1. On September 9, 2024, in *A.D. v. Aspen Dental Mgmt., Inc.*, 2024 WL 4119153 (N.D. Ill. Sept. 9, 2024), the U.S. District Court for the Northern District of Illinois denied the defendant's motion to dismiss plaintiffs' claims under the Federal Wiretap Act and the California Invasion of Privacy Act, as well as plaintiffs' claim for negligence. A copy of this decision is attached as Exhibit 1.

Respectfully submitted,

Dated: September 11, 2024

*/s/ Ryan J. Ellersick*

Ryan J. Ellersick (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
ryan.ellersick@zimmreed.com

David M. Cialkowski, IL Bar No. 6255747
Brian C. Gudmundson (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs*