**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Teresa Gouch, Denise Spanos, George Amerson, Kyle Mummey, and Marcia Beasley, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross Blue Shield Association,<br><br>Defendant. | Case No. 1:23-cv-15709<br><br>The Honorable John J. Tharp, Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF MARCIA BEASLEY ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff Marcia Beasley, by and through undersigned counsel, hereby gives notice that she is voluntarily dismissing all claims against Defendant Blue Cross Blue Shield Association, pending in the above captioned case, without prejudice.

Plaintiff states that Defendant has not filed an answer or motion for summary judgment. This case is not governed by any federal statute that requires a court order for dismissal. No counter claims are pending for independent adjudication. Plaintiff files this Notice of Dismissal with the intention of dismissing all of her claims against Defendant, without prejudice.

Accordingly, Plaintiff Marcia Beasley hereby dismisses all of her claims against Defendant without prejudice.

Respectfully submitted,

Dated: October 23, 2024

*/s/ Ryan J. Ellersick*

Ryan J. Ellersick (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400

Facsimile: (480) 348-6415
ryan.ellersick@zimmreed.com

David M. Cialkowski, IL Bar No. 6255747
Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs*