**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Teresa Gouch, Denise Spanos, George Amerson, and Kyle Mummey, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross Blue Shield Association,<br><br>Defendant. | ) | Case No. 1:23-cv-15709<br><br>The Honorable John J. Tharp, Jr. |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO DISMISS**

Plaintiffs Teresa Gouch, Denise Spanos, George Amerson, and Kyle Mummey, individually and on behalf of all others similarly situated, by and through their attorneys, respectfully submit supplemental authority in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Blue Cross Blue Shield Association's Motion to Dismiss Plaintiffs' First Amended Complaint, which was filed on April 12, 2024. (ECF 39).

1. On November 11, 2024, in *Castillo v. Costco Wholesale Corp.*, 23-cv-01548-JCH (W.D. Wash. Nov. 11, 2024), the U.S. District Court for the Western District of Washington denied the defendant's motion to dismiss plaintiffs' claims under the Federal Wiretap Act and the California Invasion of Privacy Act, among other claims. As relevant to Plaintiffs' Memorandum in Opposition, the District Court in *Costco* observed, "Plaintiffs' failure to allege that Costco installed the Pixel on webpages viewed after an individual logs into their patient portal is again immaterial." *See* Ex. 1 at 16. A copy of this decision is attached as Exhibit 1.

Respectfully submitted,

Dated: November 18, 2024

*__/s/ Ryan J. Ellersick__*

Ryan J. Ellersick (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
ryan.ellersick@zimmreed.com

David M. Cialkowski, IL Bar No. 6255747
Brian C. Gudmundson (Admitted *Pro Hac Vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs*