# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TERESA GOUCH, DENISE SPANOS, GEORGE AMERSON, and KYLE MUMMEY, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION,<br><br>Defendant. | Case No. 1:23-cv-15709<br>Honorable John J. Tharp, Jr. |

## JOINT STATUS REPORT

On April 11, 2025, the Court struck the telephone status hearing previously scheduled for April 16, 2025, and ordered the Parties to file a joint status report by April 18, 2025. *See* Dkt. 73. Pursuant to that Order, the Parties jointly report as follows:

1. The parties have negotiated an Electronically Stored Information ("ESI") Protocol, and have filed a joint motion for entry of their proposed ESI Protocol for this Court's consideration.

2. Following discussion between counsel for the parties, Defendant Blue Cross Blue Shield Association ("BCBSA") has collected certain categories of documents and communications as agreed pursuant to the parties' discussions. BCBSA anticipates producing these documents to Plaintiffs within the coming weeks.

1

Dated:  April 18, 2025

Respectfully submitted,

By: /s/ *Justin O. Kay*
Justin O. Kay (ARDC No. 6286557)
Alicia R. Olszeski (ARDC No. 6315675)
Ambria D. Mahomes (ARDC No. 327758)
Faegre Drinker Biddle & Reath LLP
320 S. Canal Street, Suite 3300
Chicago, IL  60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
Email:  justin.kay@faegredrinker.com
Email:  ali.olszeski@faegredrinker.com
Email:  ambria.mahomes@faegredrinker.com

Zoe K. Wilhelm (Pro Hac Vice)
Faegre Drinker Biddle & Reath LLP
800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email:  zoe.wilhelm@faegredrinker.com

Andrew M. Taylor (Pro Hac Vice)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN  55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email:  andrew.taylor@faegredrinker.com

*Attorneys for Defendant*
*Blue Cross Blue Shield Association*

/s/ *Brian Gudmundson* (by consent)
Brian C. Gudmundson
David M. Cialkowski, IL Bar No. 6255747
ZIMMERMAN REED LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
david.cialkowski@zimmreed.com

Ryan J. Ellersick (Pro Hac Vice)
ZIMMERMAN REED LLP
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
ryan.ellersick@zimmreed.com

*Attorneys for Plaintiffs*